# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RONALD DESCHAINE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>OFFICER JOHN CHAMBERLAIN )<br>And )<br>OFFICER DEVON A. BOHACIK )<br>)<br>)<br>Defendants ) | Docket No. 2:18-cv-00283-JDL |

## STIPULATION OF DISMISSAL

NOW COME the parties to this action, by and through counsel, and hereby stipulate to the dismissal of the above-captioned action with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Maine Rules of Civil Procedure.

Dated at Portland, Maine this 16th day of May, 2019.

William Maselli

Law Office of William Maselli
39 Portland Pier
Portland, ME 04101
(207) 780-8400
williammaselli@gmail.com
*Attorney for Plaintiff*

Dated at Portland, Maine this 16th day of May, 2019.

Edward R. Benjamin, Jr.

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME
(207) 772-1941
ebenjamin@dwmlaw.com
*Attorney for Defendants*